```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RENERGY, INC.,

                            Plaintiff,          25-CV-5073 (AT) (KHP)

      -against-                                  **POST-CONFERENCE ORDER**

MT. HAWLEY INSURANCE COMPANY,

                            Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Parties shall file a Joint Status Letter by **December 1, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
              October 15, 2025

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge