UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENERGY, INC.,

                          Plaintiff,

          -against-

MT. HAWLEY INSURANCE
COMPANY,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:     1/5/2026

25 Civ. 5073 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's pre-motion letter seeking leave to file a motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c), as well as Plaintiff's opposition letter. *See* ECF Nos. 49, 51. By **January 13, 2026**, Plaintiff shall file a letter on the docket updating the Court as to whether the dispute has been resolved, and if not, whether Plaintiff is seeking leave to amend the complaint.

          SO ORDERED.

Dated: January 5, 2026
       New York, New York

_____
        ANALISA TORRES
   United States District Judge