**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

RENERGY, INC.,

                         Plaintiff,

            -against-

MT. HAWLEY INSURANCE COMPANY,

                       Defendant.

------------------------------------------------------------------X

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___1/7/2026___ |

**25-CV-5073 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 6, 2025 the Parties appeared before the undersigned for a telephonic Settlement Conference.  The Parties shall file a Settlement Status Letter by **January 20, 2026**.

A Case Management Conference is scheduled for **Monday, March 02, 2026 at 2:00 p.m.** and will be held in **Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York**.

    **SO ORDERED.**

DATED:     New York, New York
             January 7, 2026

                                  _____

                                  KATHARINE H. PARKER
                                  United States Magistrate Judge

1