**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RENERGY, INC.,

                                              Plaintiff,

                      -against-

MT. HAWLEY INSURANCE COMPANY,

                                              Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2026
```

**25-CV-5073 (AT) (KHP)**

**SCHEDULING ORDER**

On December 26, 2025, Defendant Mt. Hawley Insurance Company ("Mt. Hawley") filed a letter requesting that the Court set a briefing schedule for its motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).  (ECF No. 49)  Plaintiff Renergy, Inc. ("Renergy") opposed the request on January 2, 2026 (ECF No. 51)  and on January 13, 2026 Renergy filed a letter seeking  to amend its complaint. (ECF No. 55)

Insofar as this matter has been referred for general pre-trial, any motion to amend the pleading should be addressed to the undersigned.  The Court finds that a pre-motion conference is not necessary.   Accordingly, the following briefing schedule is hereby ordered: Renergy's motion to amend the pleadings shall be filed by **February 4, 2026**; Mt. Hawley's opposition is due by **February 25, 2026**; and Renergy's reply, if any, will be due by **March 4, 2026.**

**The Clerk of Court is respectfully directed to terminate the pending motions at ECF Nos. 51 and 55.**

1

**SO ORDERED.**

DATED:    New York, New York
          January 21, 2026

_Katharine H Parker_
_____

KATHARINE H. PARKER
United States Magistrate Judge

2