USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
RENERGY, INC.,

                              Plaintiff,

            -against-

MT. HAWLEY INSURANCE COMPANY,

                            Defendant.
--------------------------------------------------------------------X

**25-CV-5073 (AT) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 2, 2026, the parties appeared before the undersigned for a telephonic case management conference. As discussed on the record, the parties are directed to file a joint status letter by **April 2, 2026** informing the Court as to the status of discovery.

        **SO ORDERED.**

DATED:     New York, New York
            March 2, 2026

                                  _____
                                  KATHARINE H. PARKER
                                  United States Magistrate Judge

1