**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RENERGY, INC.,

                           Plaintiff,

             -against-

MT. HAWLEY INSURANCE COMPANY,

                         Defendant.
-----------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___4/9/2026___ |

**25-CV-5073 (AT) (KHP)**

<u>**POST-CONFERENCE ORDER**</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 9, 2026, the parties appeared before the undersigned for Case Management Conference. As set forth in greater detail on the record and discussed below:

The parties are directed to meet and confer prior to **April 17, 2026** to resolve the discovery disputes discussed on the record and by **April 24, 2026**, the parties are directed to file a status letter informing the Court as to the outcome of the meet and confer and discussing whether there are further outstanding issues that the Court needs to resolve.

Renergy is directed to send a redlined version of its proposed amended complaint to Mt. Hawley by **April 17, 2026**. Mt. Hawley will file a letter by **April 24, 2026** indicating whether it is consenting or objecting to the amendment. If Mt. Hawley objects, the parties are directed to file a proposed briefing schedule as to the motion to amend by **April 24, 2026**.

1

**SO ORDERED.**

DATED:      New York, New York
             April 9, 2026

                                                    _____
KATHARINE H. PARKER
United States Magistrate Judge

2