```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/22/2026___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

RENERGY, INC.,

                                 Plaintiff,

              -against-

MT. HAWLEY INSURANCE COMPANY,

                             Defendant.
--------------------------------------------------------------------X

**25-CV-5073 (AT) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on May 21, 2026 (ECF. No 79) all upcoming deadlines and appearances are hereby adjourned *sine die*. The parties are directed to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within 60 days.

       **SO ORDERED.**

DATED:      New York, New York
               May 22, 2026

                                         _____
                                         KATHARINE H. PARKER
                                         United States Magistrate Judge

1